SAM LAPIDES *v.* STATE OF CONNECTICUT, DEPART-
MENT OF PUBLIC SAFETY, DIVISION OF
STATE POLICE, ET AL.
(8117)

SPALLONE, DALY and NORCOTT, Js.

Argued January 3—decision released January 10, 1990

*Sam Lapides,* pro se, the appellant (plaintiff).

*Margaret Quilter Chapple,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* attorney general, and *Henri Alexandre,* assistant attorney general, for the appellee (named defendant).

*Victor Perpetua,* for the appellee (defendant freedom of information commission).

PER CURIAM. There is no error.